**Entered on Docket**
**November 25, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Michael R. Brooks, Esq.
Nevada Bar No. 7287
Rebecca P. Kern, Esq.
Nevada Bar No. 9079
BROOKS BAUER LLP
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
(702) 851-1191

Electronically lodged _November 13, 2009_

Attorneys for _Wilshire Credit Corporation as servicer for U.S. Bank National Association, as Trustee to Bank of America, National Association, as successor by merger to LaSalle Bank, N.A. as Trustee for the MLMI Trust Series 2007-HE1_

BROOKS BAUER LLP
300 S. FOURTH STREET, SUITE 815, LAS VEGAS, NV 89101
TELEPHONE: (702) 851-1191  FAX: (702) 851-1198

# UNTIED STATES BANKRUPTCY COURT

# DISTRICTOF NEVADA

| In re | ) | Case No. 09-18953-LBR |
|---|---|---|
| | ) | Chapter  13 converted to 7 |
| JOSEPH PATRICK CONWAY, SR. | ) | |
| aka JOE CONWAY, MARIE | ) | Date:  November 12, 2009 |
| JOCELYN CONWAY aka MARIJO | ) | Time: 10:30 a.m. |
| CONWAY, | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER TERMINATING THE AUTOMATIC STAY

The Motion for Relief having been properly served, with no opposition filed herein,  and

the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in

the above-entitled Bankruptcy case is hereby terminated as to the Debtor and the Trustee in favor

P:\Bankruptcy Forms\CONWAY Order Terminating Stay.doc

of Secured Creditor, *Wilshire Credit Corporation as servicer for U.S. Bank National Association, as Trustee to Bank of America, National Association, as successor by merger to LaSalle Bank, N.A. as Trustee for the MLMI Trust Series 2007-HE1,* as it pertains to the following property generally described as:

5080 Windmere Court, Pahrump, Nevada 89061.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Secured Creditor shall provide to Debtor a minimum of five (5) days Notice of the date, time and place of sale.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the secured claim filed by Secured Creditor is deemed to be withdrawn, and Secured Creditor may file an amended Proof of Claim for any deficiency remaining after disposition of the property.

Submitted by:

BROOKS BAUER LLP


*/s/Michael R. Brooks, Esq.*
Michael R. Brooks, Esq., #7287
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
Attorneys for Secured Creditor


**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

___ The court waived the requirements of LR 9021.

___ no parties appeared or filed written objections, and there is no trustee appointed in the case

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

_X_ Failed to respond

P:\Bankruptcy Forms\CONWAY Order Terminating Stay.doc

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILLIAM LEONARD
5030 PARADISE RD., #B216
LAS VEGAS, NEVADA 89119

BROOKS BAUER LLP

*/s/Jill M. Sallade*
*An Employee of Brooks Bauer LLP*

BROOKS BAUER LLP

300 S. FOURTH STREET, SUITE 815, LAS VEGAS, NV 89101
TELEPHONE: (702) 851-1191  FAX: (702) 851-1198

P:\Bankruptcy Forms\CONWAY Order Terminating Stay.doc